DAVID A. WIMMER (State Bar No. 155792)
  E-Mail: dwimmer@swerdlowlaw.com
EMILY G. CAMASTRA (State Bar No. 258808)
  E-Mail: ecamastra@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
9401 Wilshire Blvd., Suite 828
Beverly Hills, California 90212
Telephone: (310) 288-3980/Facsimile: (310) 273-8680

MATTHEW C. KANE (State Bar No. 171829)
  E-Mail: mkane@mcguirewoods.com
SABRINA A. BELDNER (State Bar No. 221918)
  E-Mail: sbeldner@mcguirewoods.com
SYLVIA J. KIM (State Bar No. 258363)
  E-Mail: skim@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200/Facsimile: (310) 315-8210

Attorneys for Defendant MEADOWBROOK MEAT COMPANY, INC.
also known and doing business as MBM and MBM Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS D. TAYLOR, JR., an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>MEADOWBROOK MEAT COMPANY INC.; and DOES 1-100, inclusive,<br><br>        Defendant. | Case No. 3:15-CV-00132-LB<br><br>**DEFENDANT MEADOWBROOK MEAT COMPANY, INC.'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:    September 10, 2015<br>Time:    11:00 a.m.<br>Crtrm.: C, 15th Floor<br><br>*The Hon. Laurel Beeler, Courtroom C*<br><br>Trial Date:    May 16. 2016 |

349896.1 / 4489-002                                                     3:15-CV-00132-LB

TO THE HONORABLE LAUREL BEELER AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Meadowbrook Meat Company, Inc., by and through its attorneys, hereby requests that the following counsel be allowed to appear by telephone at the Further Case Management Conference scheduled in the above-captioned matter for September 10, 2015, at 11:00 a.m.:

David A. Wimmer, (310) 288-3980, ext. 8201; and

Matthew C. Kane, (310) 315-8200.

DATED: September 2, 2015

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER

and

MCGUIREWOODS LLP

By: /s/ David A. Wimmer
DAVID A. WIMMER
Attorneys for Defendant Meadowbrook Meat Company, Inc.

Counsel to make the necessary arrangements through CourtCall.

IT IS SO ORDERED.

Dated: September 4, 2015

HONORABLE LAUREL BEELER