```
 1  MAYALL HURLEY
    A Professional Corporation
 2  2453 Grand Canal Boulevard
    Stockton, California 95207
 3  Telephone (209) 477-3833
    Facsimile (209) 473-4818
 4  NICHOLAS J. SCARDIGLI
    CA State Bar No. 249947
 5  VLADIMIR J. KOZINA
    CA State Bar No. 284645
 6
    Attorneys for Plaintiff THOMAS D. TAYLOR, JR.
 7
 8
                      UNITED STATE DISTRICT COURT
 9
                     NORTHERN DISTRICT OF CALIFORNIA
10
```

| THOMAS D. TAYLOR, JR., | Case No.: 3:15-cv-00132-LB |
|---|---|
| Plaintiff, | **PLAINTIFF THOMAS D. TAYLOR'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| MEADOWBROOK MEAT COMPANY INC.; and DOES 1-100, inclusive, | |
| Defendants. | Date: December 10, 2015<br>Time: 11:00 a.m.<br>Crtrm: C, 15th Floor<br>Trial Date: May 16, 2016<br>Honorable Laurel Beeler |

TO THE HONORABLE LAUREL BEELER AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Thomas D. Taylor by and through his attorneys, hereby requests that Nicholas J. Scardigli and Vladimir J. Kozina be allowed to appear by telephone at the Further Case Management Conference scheduled in the above-captioned matter for December 10, 2015, at 11:00 a.m..

/ / /

/ / /

/ / /

/ / /

1 | **DATED**: December 2, 2015             **MAYALL HURLEY P.C.**

By   /s/ Nicholas J. Scardigli
      NICHOLAS J. SCARDIGLI
      VLADIMIR J. KOZINA
      Attorneys for Plaintiff
      THOMAS D. TAYLOR, JR.

Counsel to make arrangements through CourtCall.

**IT IS SO ORDERED.**

**DATED**:  December 3, 2015                 _/s/ LB_
                                                           HONORABLE LAUREL BEELER