DAVID A. WIMMER (State Bar No. 155792)
E-Mail: dwimmer@swerdlowlaw.com
EMILY G. CAMASTRA (State Bar No. 258808)
E-Mail: ecamastra@swerdlowlaw.com
**SWERDLOW FLORENCE SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
9401 Wilshire Blvd., Suite 828
Beverly Hills, California 90212
Telephone: (310) 288-3980/Facsimile: (310) 273-8680

MATTHEW C. KANE (State Bar No. 171829)
E-Mail: mkane@mcguirewoods.com
SABRINA A. BELDNER (State Bar No. 221918)
E-Mail: sbeldner@mcguirewoods.com
SYLVIA J. KIM (State Bar No. 258363)
E-Mail: skim@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200/Facsimile: (310) 315-8210

Attorneys for Defendant MEADOWBROOK MEAT COMPANY, INC. also known and doing business as MBM and MBM Corporation

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER
9401 WILSHIRE BLVD., SUITE 828
BEVERLY HILLS, CALIFORNIA 90212
TEL (310) 288-3980 • FAX (310) 273-8680

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

THOMAS D. TAYLOR, JR., an individual,

Plaintiff,

vs.

MEADOWBROOK MEAT COMPANY INC.; and DOES 1-100, inclusive,

Defendant.

Case No. 3:15-CV-00132-LB

**DEFENDANT MEADOWBROOK MEAT COMPANY, INC.'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT HEARING RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RE: APPLICATION FOR ATTORNEYS' FEES, COSTS, INCENTIVE AWARD, AND CLASS ADMINISTRATION FEE AND ~~[PROPOSED]~~ ORDER**

Date: September 15, 2016
Time: 9:30 a.m.
Crtrm.: C, 15th Floor

*The Hon. Laurel Beeler, Courtroom C*

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER
9401 WILSHIRE BLVD., SUITE 828
BEVERLY HILLS, CALIFORNIA 90212
TEL (310) 288-3980 • FAX (310) 273-8680

TO THE HONORABLE LAUREL BEELER AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Meadowbrook Meat Company, Inc., by and through its attorneys, hereby requests that its counsel David A. Wimmer and Matthew C. Kane be allowed to appear by telephone at the hearing scheduled in the above-captioned matter for September 15, 2016, at 9:30 a.m.

DATED: July 14, 2016

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER

and

MCGUIREWOODS LLP

By: ______________________
DAVID A. WIMMER
Attorneys for Defendant Meadowbrook Meat Company, Inc.

IT IS SO ORDERED.

Dated: July 15, 2016

______________________
HONORABLE LAUREL BEELER

Counsel to make arrangements through CourtCall.